EXHIBIT A

| | |
|---|---|
| 1 | RICHARD ALEXANDER, Cal. Bar #48432 |
| 2 | JEFFREY W/ RICKARD, Cal. Bar #125180 |
| 3 | RYAN M. HAGAN, Cal Bar #200850 |
| | ALEXANDER, HAWES & AUDET, LLP |
| 4 | 152 North Third Street, Suite 600 |
| | San Jose, CA 95112 |
| 5 | Telephone: (408) 289-1776 |
| | Facsimile: (408) 287-1776 |
| 6 | **Attorneys for Plaintiff(s)** |

E-FILED 8/11/2005

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| WILLIAM C. KLOPP AND SHERI HANNIGAN, | ) ) ) | Case No.: C 03-01704 RMW |
| Plaintiffs, | ) ) ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS WILLIAM C. KLOPP AND SHERI HANNIGAN** |
| v. | ) ) | |
| OLIN CORPORATION, et al., | ) ) | |
| Defendants. | ) | |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs William C. Klopp and Sheri Hannigan and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs William

2055247.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs William C. Klopp and Sheri Hannigan - 1**

C. Klopp and Sheri Hannigan as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 8/4/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: /signature/
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776

Attorneys for Plaintiffs William C. Klopp and Sheri Hannigan

HUSCH & EPPENBERGER, LLC

By: /s/ Carol A. Rutter
THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM C. KLOPP AND SHERI HANNIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-01704 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS WILLIAM C. KLOPP AND SHERI HANNIGAN** |

THIS MATTER coming on the motion of Plaintiffs William C. Klopp and Sheri Hannigan and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs William C. Klopp and Sheri Hannigan's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 11 2005     *Ronald M. Whyte*

2055247.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs William C. Klopp and Sheri Hannigan - 3**